## GENERAL COURT, MAY TERM, 1799.

### WOOTTON's Executor *vs.* SPRIGG's Executor.

DEBT upon a *bond,* dated the 20th of November 1771. The original writ issued the 16th of February 1795. The defendant pleaded the *act of limitations;* craving oyer of the bond and of the original writ, and pleading, as in 2 *Harris's Entries* 435, the form noted to have been drawn by Mr. *Pinkney.* To which the plaintiff entered a *general demurrer.* Joinder, &c.

*Sprigg,* for the plaintiff.

*Key,* for the defendant.

THE GENERAL COURT overruled the demurrer, and gave judgment for the defendant.